December 3, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

RANDY HUGHES, BECKY HUGHES, DILLION HUGHES, RB
INVESTMENTS, VISION UP LLC AND RE BOLD INVESTMENTS, LLC,
Appellants

NO. 14-15-00793-CV            V.

BROC D. SPEDALE, IND. AND IN THE RIGHT OF VISION UP, LLC,
Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on August 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Randy Hughes, Becky Hughes, Dillion Hughes, RB Investments, Vision Up LLC and Re Bold Investments, LLC.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.